## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| AUBURN FOUNDRY, INC., ) | |
| ) | **Chapter 7 Bankruptcy** |
| Debtor. ) | |
| _____) | |
| REBECCA HOYT FISCHER, ) | |
| Chapter 7 Trustee of ) | |
| Auburn Foundry, Inc. ) | |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 08 - 01025 |
| ) | |
| RADIO SHACK CREDIT ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Rebecca Hoyt Fischer, the Chapter 7 Trustee herein, and moves for default judgment against the defendant, Radio Shack, on the grounds that the defendant has failed to answer or otherwise plead to the Complaint to Subordinate Claim to Claims of General Unsecured Creditors in this action filed on February 6, 2008.

The defendant was mailed a copy of the Complaint to Subordinate Claim to Claims of General Unsecured Creditors was served on the defendant and it's registered agent on February 6, 2008.

WHEREFORE, the Trustee requests that the Court enter a default judgment in the action and for all other just and property relief in the premises.

Date:  March 17, 2008						/s/ Rebecca H. Fischer
								Rebecca H. Fischer			#10537-72
								LADERER & FISCHER, P.C.
								112 West Jefferson Blvd., Suite 310
								South Bend, Indiana 46601
								Telephone (574) 284-2354
								Facsimile (574) 284-2356

## CERTIFICATE OF SERVICE

     I hereby certify that on March 17, 2008, a true and correct copy of the above and foregoing Motion was served by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| RadioShack Corporation - Credit Services<br>attn: Judy Wong<br>300 RadioShack Circle<br>Mail Stop 5018<br>P.O. Box 961090<br>Fort Worth, TX 76161-5018 | Corporate Services Company - Registered Agent<br>251 E. Ohio Street, Suite 500<br>Indianapolis, IN 46204 |

							/s/ Rebecca H. Fischer
							Rebecca Hoyt Fischer