UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 04-10427** |
| **AUBURN FOUNDRY, INC.,** | ) | |
| | ) | **Chapter 7 Bankruptcy** |
| Debtor. | ) | |
| _____ | ) | |
| **REBECCA HOYT FISCHER,** | ) | |
| Chapter 7 Trustee of | ) | |
|  Auburn Foundry, Inc. | ) | |
|  Plaintiff, | ) | |
| v. | ) | **Adv. Proc. No. 08 - 01025** |
| | ) | |
| **RADIO SHACK CREDIT** | ) | |
| **SERVICES,** | ) | |
| | ) | |
|  Defendant. | ) | |

**JUDGMENT**

A Complaint to Subordinate Claim to Claims of General Unsecured Creditors having been filed by Rebecca Hoyt Fischer, the Chapter 7 Trustee herein, and the Defendant having failed to respond to said complaint after notice and the court having reviewed the Complaint and being duly advised in the premises:

IT IS HEREBY ORDERED that the Defendant's proof of claim, claim # 177 is hereby subordinated to claims of general unsecured creditors.

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court