UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **IN RE:** ) | **Case No. 04-10427** |
| **AUBURN FOUNDRY, INC.,** ) | |
| ) | **Chapter 7 Bankruptcy** |
| Debtor. ) | |
| _____) | |
| **REBECCA HOYT FISCHER,** ) | |
| Chapter 7 Trustee of ) | |
| Auburn Foundry, Inc. ) | |
| Plaintiff, ) | |
| v. ) | **Adv. Proc. No. 08 - 01025** |
| ) | |
| **RADIO SHACK CREDIT** ) | |
| **SERVICES,** ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

A Complaint to Subordinate Claim to Claims of General Unsecured Creditors having been filed by Rebecca Hoyt Fischer, the Chapter 7 Trustee herein, and the Defendant having failed to respond to said complaint after notice and the court having reviewed the Complaint and being duly advised in the premises:

IT IS HEREBY ORDERED that the Defendant's proof of claim, claim # 177 is hereby subordinated to claims of general unsecured creditors.

Costs to defendant.

Entered on docket at Fort Wayne, IN
on March 18, 2008.

                            /s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court