UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor. ) | |
| _____) | |
| REBECCA HOYT FISCHER, ) | |
| Chapter 7 Trustee of ) | |
| Auburn Foundry, Inc. ) | |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 08 - 01025 |
| ) | |
| RADIO SHACK CREDIT ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

A Complaint to Subordinate Claim to Claims of General Unsecured Creditors having been filed by Rebecca Hoyt Fischer, the Chapter 7 Trustee herein, and the Defendant having failed to respond to said complaint after notice and the court having reviewed the Complaint and being duly advised in the premises:

IT IS HEREBY ORDERED that the Defendant's proof of claim, claim # 177 is hereby subordinated to claims of general unsecured creditors.

Costs to defendant.

Entered on docket at Fort Wayne, IN
on March 18, 2008.

_____/s/ Robert E. Grant_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: jlesure             Page 1 of 1              Date Rcvd: Mar 18, 2008
Case: 08-01025                 Form ID: pdf004           Total Served: 3

The following entities were served by first class mail on Mar 20, 2008.
ust          +Nancy J. Gargula,    One Michiana Square,    5th Floor,    100 East Wayne Street,
               South Bend, IN 46601-2349
dft          +RadioShack Corporation,    Attn: Judy Wong,    300 RadioShack Circle,
               Mail Stop 5018, P.O. Box 961090,    Fort Worth, TX 76102-1964
pla          +Rebecca Hoyt Fischer,    LADERER & FISCHER, PC,    112 West Jefferson Blvd., Ste. 310,
               South Bend, IN 46601-1909

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2008**                          **Signature:** *Joseph Speetjens*